AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Imprisonment: Maximum 10 Years, $250,000 fine, Maximum 3-year supervised release, and $100.00 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**
APR 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
BRYAN HAYNIE
a/k/a Brian Derrick Haynie, a/k/a Bryan Derrick Haney

DISTRICT COURT NUMBER
CR08-0280 SBA

E-filing

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☒ State
6) ☒ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   Alameda County

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

**FILED**
APR 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

**CR08-0280 SBA**

E-filing

UNITED STATES OF AMERICA,

V.

BRYAN HAYNIE
a/k/a Brian Derrick Haynie,
a/k/a Bryan Derrick Haney,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

A true bill.
_____ Foreman

Filed in open court this 30TH day of APRIL 2008.

_____ Clerk

Bail, $ No bail arrest warrant.
4-30-08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
APR 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN HAYNIE<br>    a/k/a Brian Derrick Haynie,<br>    a/k/a Bryan Derrick Haney,<br><br>    Defendant. | No. CR08-0280 SBA<br><br>VIOLATIONS: 18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about August 28, 2007, in the Northern District of California, the defendant,

BRYAN HAYNIE
a/k/a Brian Derrick Haynie,
a/k/a Bryan Derrick Haney,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, described as: (1) a Ruger, Model P85, 9mm semiautomatic handgun with serial number 301-26224; and (2) 12 live rounds

INDICTMENT

1  of 9mm Luger ammunition manufactured by Remington, in and affecting commerce, in violation
2  of Title 18, United States Code, Section 922(g)(1).
3
4  DATED:     April 30, 2008                              A TRUE BILL
5
6                                                                          FOREPERSON
7  JOSEPH P. RUSSONIELLO
   United States Attorney
8
9
10 W. DOUGLAS SPRAGUE
   Chief, Oakland Branch
11
12 (Approved as to form: _____)
                           AUSA J.C. MANN
13

INDICTMENT