UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRYAN HAYNIE,<br>    a/k/a Brian Derrick Haynie,<br>    a/k/a Bryan Derrick Haney,<br><br>    Defendant. | No. CR-08-0280 SBA<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant BRYAN HAYNIE (a/k/a Brian Derrick Haynie, a/k/a Bryan Derrick Haney) before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Thursday, June 19, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: June 2nd, 2008

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0280 SBA

<u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

TO:   FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Warden for Deuel Vocational Institute, and/or any California Department of Corrections facility:

<u>GREETINGS</u>

WE COMMAND that on Thursday, June 19, 2008, at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of BRYAN HAYNIE (a/k/a Brian Derrick Haynie, a/k/a Bryan Derrick Haney) (CDC No. H58961), in your custody in the above-mentioned institution, or any other California Department of Corrections Institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that BRYAN HAYNIE may then appear for initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Bernard Zimmerman, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: <u>June 2nd,</u> 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By:   _____*Rose Maher*_____
        DEPUTY CLERK , Rose Maher

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0280 SBA