JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN HAYNIE<br>a/k/a Brian Derrick Haynie,<br>a/k/a Bryan Derrick Haney,<br><br>Defendant. | No. CR-08-0280 SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 22, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: July 8, 2008<br>Time: 9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The above-captioned matter is set on July 8, 2008 before this Court for a status hearing, which will be defendant's first appearance before the United States District Court in this matter. The parties request that this Court continue the hearing to July 22, 2008 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and July 22, 2008.

The government has produced substantial discovery to counsel for defendant. Defendant needs additional time to review the discovery that has been produced and to investigate this matter. The parties believe that a continuance until July 22, 2008 will allow defendant adequate time to review the necessary discovery. The parties agree the ends of justice served by granting

the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between the date of this stipulation and July 22, 2008 under the Speedy Trial Act for effective preparation of counsel and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: July 3, 2008

/s/
JAMES C. MANN
Assistant United States Attorney
Counsel for United States

/s/
ANGELA HANSEN
Counsel for Bryan Haynie

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN HAYNIE<br>a/k/a Brian Derrick Haynie,<br>a/k/a Bryan Derrick Haney,<br><br>Defendant. | No. CR-08-0280 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 22, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: July 8, 2008<br>Time: 9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from July 8, 2008 to July 22, 2008, and that time be excluded under the Speedy Trial Act between July 3, 2008 and July 22, 2008 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government has produced substantial discovery to counsel for defendant. Defendant needs additional time to review the discovery that has been produced and to investigate this matter. The parties believe that a continuance until July 22, 2008 will allow defendant adequate time to review the necessary discovery. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting

the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from July 8, 2008 to July 22, 2008, and that time between July 3, 2008 and July 22, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED:_________________

_____________________________
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge