UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0280 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING |
| v. | ) ) | DATE TO JULY 22, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY |
| BRYAN HAYNIE<br>a/k/a Brian Derrick Haynie,<br>a/k/a Bryan Derrick Haney, | ) ) ) | TRIAL ACT<br><br>Date:     July 8, 2008 |
| Defendant. | ) ) ) | Time:     9:00 a.m.<br>Court:     Hon. Saundra Brown<br>          Armstrong |

The parties jointly requested that the hearing in this matter be continued from July 8, 2008 to July 22, 2008, and that time be excluded under the Speedy Trial Act between July 3, 2008 and July 22, 2008 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government has produced substantial discovery to counsel for defendant. Defendant needs additional time to review the discovery that has been produced and to investigate this matter. The parties believe that a continuance until July 22, 2008 will allow defendant adequate time to review the necessary discovery. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 22, 2008 AND TO EXCLUDE TIME
No. CR-08-0280 SBA

1  the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good
2  cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),
3      **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from July
4  8, 2008 to July 22, 2008, and that time between July 3, 2008 and July 22, 2008 is excluded under
5  the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the
6  exercise of due diligence.

8  DATED:7/3/08                                    _____
                                                    HON. SAUNDRA BROWN ARMSTRONG
9                                                   United States District Judge