**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/22/08

CR 08-00280SBA                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

HAYNIE                             Present (X) Not Present ( ) In Custody (X)
   DEFENDANT(S)

<u>  JAMES MANN  </u>                       <u>  ANGELA HANSEN  </u>
U.S. ATTORNEY                      ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark             <u>  STARR WILSON  </u>
                                             Court Reporter

 Interpreter                            Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**     STATUS - HELD

**RESULT OF HEARING:**    COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 9/9/08

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** _9/9/08_ **for** <u>Further Status</u>/Trial Setting/ <u>Motion Setting</u>/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for _____ Motions
**Brief Sched. Motion papers by**_____**Opposition by**_____**Reply by**_____
**Case Continued to**_____**for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____**Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____**for Trial(Court/Jury:** ___**Days/weeks) at 8:30 a.m.**
**Case Continued to**_____**for Judgment & Sentencing as to Count(s)** _____ of the **(Indictment/Information) @ 10:00 a.m.**
**Case Continued to**_____**for Change of Plea @ 11:00 a.m.**
cc: