**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

August 8, 2008

*By e-filing and hand delivery*

The Honorable Wayne D. Brazil
United States Magistrate Judge
Northern District of California
1301 Clay Street, Chambers 310C
Oakland, CA 94612

Re:   *United States v. Bryan Haynie,* 08-CR-00280-SBA

Dear Judge Brazil:

    Mr. Haynie respectfully requests that the Court place his case on calendar for a detention hearing on August 14, 2008 at 10:00 a.m. I have contacted Pretrial Services, and Officer Paul Mamaril has informed me that he will have a report available for the Court by that date. I have also contacted Assistant United States Attorney James Mann who is also available on August 14th.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

ANGELA M. HANSEN
Assistant Federal Public Defender

cc:   James Mann
       Paul Mamaril