UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                           )<br>    Plaintiff,                                        )<br>                                                           )<br>    v.                                                  )<br>                                                           )<br>BRYAN HAYNIE                              )<br>    a/k/a Brian Derrick Haynie,              )<br>    a/k/a Bryan Derrick Haney,              )<br>                                                           )<br>    Defendant.                                  )<br>                                                           )<br>_____  ) | No. CR-08-0280 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 18, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:      October 21, 2008<br>Time:     9:00 a.m.<br>Court:    Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from October 21, 2008 to November 18, 2008, and that time be excluded under the Speedy Trial Act between October 17, 2008 and November 18, 2008 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. On September 16, 2008, the defendant retained defense counsel, Anthony J. Brass. On the same date, Mr. Brass received for the first time the discovery previously produced to the defendant. Therefore, newly retained defense counsel needs additional time to review the discovery, to investigate this matter, and to meet with the defendant. Additionally, the defendant has requested that the government determine whether ceratin forensic tests can be completed on the physical evidence in this case. The government needs time to make the necessary inquiries. The parties believe that a continuance until November 18, 2008 will allow defense counsel adequate time to review the necessary

1  discovery and to meet with the defendant. Additionally, the requested continuance will allow the
2  government the time to make the necessary inquiries regarding forensic testing requested by the
3  defendant. The parties agree the ends of justice served by granting the continuance outweigh the
4  best interests of the public and defendant in a speedy trial. For these stated reasons, the Court
5  finds that the ends of justice served by granting the continuance outweigh the best interests of the
6  public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C.
7  § 3161(h)(8)(B)(iv),

8  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
9  October 21, 2008 to November 18, 2008, and that time between October 17, 2008 and November
10 18, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,
11 taking into account the exercise of due diligence.

13 DATED:10/20/08                    _____
                                     HON. SAUNDRA BROWN ARMSTRONG
14                                   United States District Judge