1  SCOTT A. SUGARMAN (No. 68277)
   SUGARMAN & CANNON
2  385 Grand Avenue, Suite 300
   Oakland, CA. 94610
3  Telephone: (510) 272-0600
   Facsimile: (510) 835-4952
4
5  Attorneys for Defendant
        BRYAN HAYNIE
6

7              IN THE UNITED STATES DISTRICT COURT
8
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                      OAKLAND DIVISION
10

11

12  UNITED STATES OF AMERICA,          )    CR 08-0280 SBA
                                       )
13       Plaintiff,                    )    **STIPULATION AND [proposed]**
                                       )    **ORDER TO CONTINUE STATUS**
14  v.                                 )    **HEARING**
                                       )
15  BRYAN HAYNIE,                      )
                                       )
16       Defendant.                    )

17

18        The parties are scheduled to appear before this Court on November 14, 2017 at 9:30 a.m.

19  for Status on the pending Amended Form 12.  This Court has detained Mr. Haynie and he

20  remains in custody.

21        The most serious allegation in the present Amended Form 12 is that Mr. Haynie

22  possessed a firearm on or about September 29, 2016.  That allegation is the basis of a grand jury

23  indictment in CR 16-0425 HSG.  Since the arraignment on the charge of felon in possession of a

24
25  firearm in CR 16-0425 HSG, the Form 12 has been trailing the new indictment.

26        Judge Saundra Armstrong was advised of these two related matters, and elected to retain

27  jurisdiction of this matter, while the new charge was assigned to Judge Haywood Gilliam Jr.

28

1      The parties will next appear before Judge Gilliam on November 13, 2017.  It is likely the

2 parties will enter into a plea agreement on that date.  Under the draft agreement, Mr. Haynie will

3 enter a guilty plea.  Under the draft plea agreement, the parties disagree on some issues, which

4 will have to be resolved by Judge Gilliam.  Counsel believe it is prudent to continue further

5 Status in this matter until close to the expected sentencing date for Mr. Haynie, as the

6 government may seek a sentence for the violation in this matter consecutive to the sentence to be

7 determined in CR 16-0425 HSG.

8

9      Hence, counsel for the government and defendant STIPULATE to vacate the hearing set

10 for November 14, 2017 and to continue the Status Hearing to February 13, 2018 at 9:30 a.m.

11 before the duty Magistrate Judge, at which time the parties will likely ask this matter be set on

12 Judge Armstrong's calendar.

13

14      Counsel for Mr. Haynie spoke with United States Probation Officer Bobby Love about

15 this proposed Stipulation, and he has no objection to this proposed continuance.

16 IT IS SO STIPULATED.

17

18 DATED: November 9, 2017            _____/s/_____
                                    Karen Kreuzkamp
19                                  Assistant United States Attorney

20

21 DATED: November 9, 2017            _____/s/_____
                                    Scott A. Sugarman
22                                  Attorney for Bryan Haynie

23 SO ORDERED.

24 DATE:  11/9/17            _____
                                    UNITED STATES MAGISTRATE JUDGE
25

26

27

28