1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   KAREN KREUZKAMP (CABN 246151)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7014
       Fax: (415) 436-7234
8      Email: karen.kreuzkamp@usdoj.gov

9  Attorneys for United States of America

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13

14
   UNITED STATES OF AMERICA,            ) NO. CR 08-00280 HSG-KW
15                                      )
            Plaintiff,                  ) **STIPULATION AND [PROPOSED] ORDER**
16                                      ) **VACATING STATUS CONFERENCE**
       v.                               )
17                                      )
   BRYAN HAYNIE,                        )
18                                      )
            Defendant.                  )
19 _____)

20

21                                   **STIPULATION**

22      On November 9, 2017, this Court, at the request of the parties, set a status conference in this case

23 on the pending Amended Form 12 for February 13, 2018 at 9:30 a.m. *See* Docket 93. At the time the

24 parties requested the status conference, this case was pending before Judge Armstrong and had not been

25 related to *United States v. Brian D. Haynie*, CR 16-0425 HSG, though both the Amended Form 12 in

26 this case and the indictment in CR 16-0425 HSG alleged that the defendant illegally possessed a firearm

27 on or about September 29, 2016. The parties believed that they were close to a plea agreement and

28 further believed that since the parties disagreed on some issues that would have to be resolved by Judge

Gilliam, it preserved judicial resources to appear in this case at a time close to the expected sentencing date of the defendant in CR 16-0425 HSG.

Since November 9, 2017, the defendant has pled guilty in CR 16-0425 HSG, Judge Armstrong has related the two cases, and the defendant has admitted some of the violations in the Amended Form 12 in this case. Judge Gilliam is set to sentence the defendant on both the indictment in CR 16-0425 HSG and the Amended Form 12 in this case on February 26, 2018.

The parties therefore respectfully request that this Court vacate the status conference currently set for February 13, 2018 at 9:30 a.m.

IT IS SO STIPULATED.

DATED: January 31, 2018

ALEX G. TSE
Acting United States Attorney

/s/
KEVIN J. BARRY
KAREN KREUZKAMP
Assistant United States Attorney

DATED: January 31, 2018

/s/
SCOTT A. SUGARMAN
Counsel for the Defendant

<u>Attestation of Filer</u>

In addition to myself, the other signatory to this document is <u>Scott A. Sugarman</u>. I hereby attest that I have his permission to enter a conformed signature on his behalf and to file the document.

Dated: January 31, 2018

/s/
KAREN KREUZKAMP
Assistant United States Attorney

**[PROPOSED] ORDER**

Based on the above representations of the parties, the status conference set for February 13, 2018 at 9:30 a.m. is vacated.

**IT IS SO ORDERED.**

DATED: 2/2/18

*Kandis Westmore*
HON. KANDIS WESTMORE
United States Magistrate Judge